**Order entered February 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01367-CV

### JULIUS C. HARRIS, Appellant

### V.

### STEVEN M. GIBSON, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-08-05455-E**

## ORDER

The Court has before it appellee's February 8, 2013 second motion for extension of time to file appellee's brief. The Court **GRANTS** the motion and **ORDERS** appellee to file his brief by March 11, 2013. No further extensions will be granted absent a showing of extraordinary circumstances.

/s/      ELIZABETH LANG-MIERS
JUSTICE